# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2023-0065, <u>In the Matter of Medhat Ismail & a. and Dawn Elsayed</u>, the court on March 29, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The petitioners, Medhat Ismail and Nagwa Hafez, appeal an order of the Circuit Court (<u>Prevett</u>, J.), issued following a hearing, denying their petition for grandparents' visitation rights with respect to their grandchildren. <u>See</u> RSA 461-A:13 (2018). The petitioners advance a variety of challenges to the trial court's order. As the appealing parties, the petitioners have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's thorough and well-reasoned order, the petitioners' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the petitioners have not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**
